**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| JESUS MEDINA, | |
| Plaintiff, | Case No. 7:19-cv-00091 |
| v. | Honorable Judge Micaela Alvarez |
| ACTION CREDIT, LLC, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES JESUS MEDINA ("Plaintiff"), by and through his attorneys, SULAIMAN

LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state

as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily

dismisses his claims against the Defendant,  ACTION CREDIT, LLC, with prejudice. Each party

shall bear its own costs and attorney fees.

Dated: June 18, 2019                     Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim Esq.
Federal I.D. 3098183
*Counsel for Plaintiff*
Admitted in the Southern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 18, 2019 a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.


/s/ Nathan C. Volheim
Nathan C. Volheim Esq.