UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS MEDINA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-91 |
| | § | |
| ACTION CREDIT, LLC, | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court now considers the "Notice of Voluntary Dismissal with Prejudice,"[1] filed by Jesus Medina ("Plaintiff"), announcing Plaintiff seeks to dismiss this suit. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss an action without a court order by filing a stipulation of dismissal before the opposing parties serves either an answer or a motion for summary judgment. Since Action Credit, L.L.C., the only opposing party in this case, has not filed an answer or a motion for summary judgment, Plaintiff has effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 19th day of June, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.